157 A.3d 478

**Daniel L. SPUCK, Petitioner**

v.

**PROGRESS NEWSPAPER, INC., Jane/John Does, Parties/Employees of, and Leland B. Mather, Jr., Chief Editor, et al, Respondents**

**No. 216 WAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.